

**ORDERED in the Southern District of Florida on June 5, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
                     www.flsb.uscourts.gov
```

IN RE:                                        CASE NO. 16-15184-BKC-LMI
VICENTE SUAREZ,
         DEBTOR(S).
_____/

### ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #85)

THIS CASE came on to be heard on May 28, 2020, for the Debtor's Motion to Modify Plan (ECF #85), and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion (ECF #85) is denied without Prejudice as a new modified plan was not filed by the deadline given of Tuesday, June 2, 2020.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

RICARDO CORONA, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.